**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg MAG-1284
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on February 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    SARELLA F. DUTAN

Case No.:  19-28635

Judge:  VINCENT F. PAPALIA

**ORDER ON CH13 TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: February 6, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): SARELLA F. DUTAN

Case No.: 19-28635VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of CAPITAL ONE AUTO FINANCE, Court Claim Number 2, be reduced to amount paid to date through the plan by the Standing Trustee, for the reasons set forth in the motion.

2