Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER  8, 2024

#### Chapter 13 Case # 19-28635

Re:   SARELLA F. DUTAN                                              Atty:   FITZGERALD & ASSOCIATES PC
      24 EMERALD ST                                                         649 NEWARK AVE
      HACKENSACK, NJ  07601                                                 JERSEY CITY, NJ  07306

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $58,500.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/08/2019 | $975.00 | 25948367728 | 10/28/2019 | $975.00 | 6283995000 |
| 12/02/2019 | $975.00 | 6366482000 | 12/30/2019 | $975.00 | 6433750000 |
| 02/05/2020 | $975.00 | 6524358000 | 02/28/2020 | $975.00 | 6592209000 |
| 03/30/2020 | $975.00 | 6667931000 | 05/01/2020 | $975.00 | 6749465000 |
| 06/01/2020 | $975.00 | 6825903000 | 07/01/2020 | $975.00 | 6905073000 |
| 08/03/2020 | $975.00 | 6979955000 | 09/01/2020 | $975.00 | 7052127000 |
| 10/01/2020 | $975.00 | 7123767000 | 10/29/2020 | $975.00 | 7189911000 |
| 11/30/2020 | $975.00 | 7264462000 | 12/30/2020 | $975.00 | 7338390000 |
| 01/25/2021 | $975.00 | 7398283000 | 02/26/2021 | $975.00 | 7479203000 |
| 03/25/2021 | $975.00 | 7548988000 | 04/30/2021 | $975.00 | 7634004000 |
| 05/28/2021 | $975.00 | 7698966000 | 07/02/2021 | $975.00 | 7782430000 |
| 07/26/2021 | $975.00 | 7830747000 | 08/30/2021 | $975.00 | 7910779000 |
| 10/01/2021 | $975.00 | 7983917000 | 11/01/2021 | $975.00 | 8046769000 |
| 11/30/2021 | $975.00 | 8111913000 | 12/27/2021 | $975.00 | 8167834000 |
| 01/31/2022 | $975.00 | 8242823000 | 02/28/2022 | $975.00 | 8303611000 |
| 04/01/2022 | $975.00 | 8374746000 | 04/21/2022 | $975.00 | 8416154000 |
| 06/02/2022 | $975.00 | 8502485000 | 07/01/2022 | $975.00 | 8562593000 |
| 07/28/2022 | $975.00 | 8613138000 | 09/01/2022 | $975.00 | 8681152000 |
| 10/03/2022 | $975.00 | 8739071000 | 10/31/2022 | $975.00 | 8793269000 |
| 11/28/2022 | $975.00 | 8847630000 | 01/03/2023 | $975.00 | 8912028000 |
| 02/01/2023 | $975.00 | 8972038000 | 02/27/2023 | $975.00 | 9020148000 |
| 04/03/2023 | $975.00 | 9084966000 | 05/01/2023 | $975.00 | 9136520000 |
| 05/30/2023 | $975.00 | 9188014000 | 06/29/2023 | $975.00 | 9245472000 |
| 07/31/2023 | $975.00 | 9301119000 | 08/29/2023 | $975.00 | 9349864000 |
| 10/02/2023 | $975.00 | 9404841000 | 10/30/2023 | $975.00 | 9452358000 |
| 11/27/2023 | $975.00 | 9500636000 | 01/02/2024 | $975.00 | 9555834000 |
| 01/29/2024 | $975.00 | 9603350000 | 02/26/2024 | $975.00 | 9650915000 |
| 04/01/2024 | $975.00 | 9711544000 | 04/29/2024 | $975.00 | 9754278000 |
| 05/24/2024 | $975.00 | 9778927000 | 06/21/2024 | $975.00 | 9843725000 |
| 07/29/2024 | $975.00 | 9902004000 | 09/03/2024 | $975.00 | 9958614000 |

| Total Receipts: $58,500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $58,500.00 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,630.77 | |
| ATTY | ATTORNEY | ADMIN | 4,250.00 | 100.00% | 4,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA NA | UNSECURED | 30,290.48 | * | 4,882.93 | |
| 0003 | CAPITAL ONE BANK NA | UNSECURED | 5,871.28 | * | 946.47 | |
| 0004 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 432.35 | 100.00% | 432.35 | |
| 0005 | THE BANK OF NEW YORK MELLON | MORTGAGE ARRE | 2,055.69 | 100.00% | 2,055.69 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,261.62 | * | 1,170.60 | |
| 0007 | COMENITYCAPITAL/BJSCLB | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SELECT PORTFOLIO SERVICING INC | (NEW) Paid in Full | 39,977.76 | 100.00% | 39,977.76 | |
| 0012 | TD AUTO FINANCE LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | ACCOUNT RESOLUTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 743.88 | * | 119.91 | |
| 0018 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 665.47 | * | 107.27 | |

Total Paid: $57,573.75
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | |
| | 01/08/2024 | $13.44 | 921489 | 02/12/2024 | $549.79 | 922819 |
| | 03/11/2024 | $606.04 | 924288 | 04/15/2024 | $606.05 | 925698 |
| | 05/10/2024 | $606.05 | 927205 | 06/17/2024 | $663.64 | 928567 |
| | 07/15/2024 | $606.04 | 930084 | 08/19/2024 | $606.09 | 931476 |
| | 09/16/2024 | $625.79 | 932981 | | | |
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 03/16/2020 | $5.58 | 844961 | 04/20/2020 | $13.88 | 846912 |
| | 05/18/2020 | $13.88 | 848818 | 06/15/2020 | $13.18 | 850504 |
| | 07/20/2020 | $13.55 | 852297 | 08/17/2020 | $13.54 | 854163 |
| | 09/21/2020 | $13.55 | 855978 | 10/19/2020 | $13.54 | 857863 |
| | 11/16/2020 | $13.55 | 859657 | 12/21/2020 | $13.54 | 861474 |
| | 01/11/2021 | $13.55 | 863263 | 02/22/2021 | $13.54 | 864939 |
| | 03/15/2021 | $13.55 | 866792 | 04/19/2021 | $13.54 | 868473 |
| | 05/17/2021 | $13.55 | 870374 | 06/21/2021 | $13.54 | 872181 |
| | 07/19/2021 | $13.76 | 873980 | 08/16/2021 | $13.76 | 875660 |
| | 09/20/2021 | $13.76 | 877392 | 10/18/2021 | $13.77 | 879172 |
| | 11/17/2021 | $13.91 | 880879 | 12/13/2021 | $13.91 | 882514 |
| | 01/10/2022 | $13.91 | 884169 | 02/14/2022 | $13.91 | 885860 |
| | 03/14/2022 | $13.91 | 887565 | 04/18/2022 | $13.91 | 889275 |
| | 05/16/2022 | $14.13 | 890977 | 06/20/2022 | $14.13 | 892665 |
| | 07/18/2022 | $14.13 | 894388 | 08/15/2022 | $14.13 | 895961 |
| | 09/19/2022 | $14.13 | 897559 | 10/17/2022 | $14.13 | 899226 |
| | 11/14/2022 | $14.47 | 900802 | 12/12/2022 | $13.79 | 902358 |
| | 01/09/2023 | ($14.47) | 0 | 01/25/2023 | ($13.79) | 0 |

**Chapter 13 Case # 19-28635**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 02/12/2024 | $13.83 | 923271 | | 03/11/2024 | $14.88 | 924721 |
| | 04/15/2024 | $14.88 | 926160 | | 05/10/2024 | $14.88 | 927631 |
| | 06/17/2024 | $16.31 | 929034 | | 07/15/2024 | $14.88 | 930518 |
| | 08/19/2024 | $14.89 | 931933 | | 09/16/2024 | $15.36 | 933393 |
| CAPITAL ONE BANK NA | | | | | | | |
| | 02/12/2024 | $109.15 | 923268 | | 03/11/2024 | $117.47 | 924718 |
| | 04/15/2024 | $117.47 | 926161 | | 05/10/2024 | $117.47 | 927632 |
| | 06/17/2024 | $128.67 | 929035 | | 07/15/2024 | $117.47 | 930519 |
| | 08/19/2024 | $117.45 | 931934 | | 09/16/2024 | $121.32 | 933394 |
| EMERGENCY PHYSICIAN ASSOCIATES NORTH JERSEY PC | | | | | | | |
| | 02/12/2024 | $12.37 | 922859 | | 03/11/2024 | $13.31 | 924327 |
| | 04/15/2024 | $13.31 | 925739 | | 05/10/2024 | $13.31 | 927241 |
| | 06/17/2024 | $14.60 | 928604 | | 07/15/2024 | $13.31 | 930120 |
| | 08/19/2024 | $13.32 | 931512 | | 09/16/2024 | $13.74 | 933010 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 02/12/2024 | $135.00 | 8003947 | | 03/11/2024 | $145.29 | 8003991 |
| | 04/15/2024 | $145.29 | 8004035 | | 05/10/2024 | $145.29 | 8004082 |
| | 06/17/2024 | $159.14 | 8004126 | | 07/15/2024 | $145.29 | 8004169 |
| | 08/19/2024 | $145.26 | 8004210 | | 09/16/2024 | $150.04 | 8004251 |
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 03/16/2020 | $348.02 | 844347 | | 04/20/2020 | $865.89 | 846292 |
| | 05/18/2020 | $865.90 | 848264 | | 06/15/2020 | $822.05 | 849953 |
| | 07/20/2020 | $844.89 | 851699 | | 08/17/2020 | $844.89 | 853587 |
| | 09/21/2020 | $844.90 | 855354 | | 10/19/2020 | $844.89 | 857272 |
| | 11/16/2020 | $844.90 | 859075 | | 12/21/2020 | $844.89 | 860836 |
| | 01/11/2021 | $844.89 | 862747 | | 02/22/2021 | $844.89 | 864265 |
| | 03/15/2021 | $844.89 | 866250 | | 04/19/2021 | $844.89 | 867809 |
| | 05/17/2021 | $844.89 | 869770 | | 06/21/2021 | $844.89 | 871528 |
| | 07/19/2021 | $858.59 | 873391 | | 08/16/2021 | $858.59 | 875079 |
| | 09/20/2021 | $858.59 | 876801 | | 10/18/2021 | $858.59 | 878598 |
| | 11/17/2021 | $867.72 | 880307 | | 12/13/2021 | $867.72 | 881964 |
| | 01/10/2022 | $867.72 | 883605 | | 02/14/2022 | $867.72 | 885271 |
| | 03/14/2022 | $867.72 | 887010 | | 04/18/2022 | $867.72 | 888664 |
| | 05/16/2022 | $881.43 | 890439 | | 06/20/2022 | $881.43 | 892092 |
| | 07/18/2022 | $881.42 | 893856 | | 08/15/2022 | $881.43 | 895433 |
| | 09/19/2022 | $881.43 | 897000 | | 10/17/2022 | $881.43 | 898704 |
| | 11/14/2022 | $902.68 | 900279 | | 12/12/2022 | $860.35 | 901862 |
| | 01/09/2023 | $860.35 | 903356 | | 02/13/2023 | $913.29 | 904859 |
| | 03/13/2023 | $873.42 | 906487 | | 04/17/2023 | $873.42 | 908040 |
| | 05/15/2023 | $873.42 | 909713 | | 06/12/2023 | $864.17 | 911164 |
| | 07/17/2023 | $864.17 | 912685 | | 08/14/2023 | $864.17 | 914215 |
| | 09/18/2023 | $864.18 | 915695 | | 10/16/2023 | $864.17 | 917217 |
| | 11/13/2023 | $850.32 | 918643 | | 12/11/2023 | $850.31 | 920079 |
| | 01/08/2024 | $829.53 | 921488 | | | | |

**Chapter 13 Case # 19-28635**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | | | | | | | |
| | 03/16/2020 | $17.90 | 844808 | | 04/20/2020 | $44.52 | 846755 |
| | 05/18/2020 | $44.53 | 848685 | | 06/15/2020 | $42.27 | 850350 |
| | 07/20/2020 | $43.44 | 852136 | | 08/17/2020 | $43.44 | 854009 |
| | 09/21/2020 | $43.45 | 855802 | | 10/19/2020 | $43.44 | 857693 |
| | 11/16/2020 | $43.45 | 859483 | | 12/21/2020 | $43.45 | 861283 |
| | 01/11/2021 | $43.44 | 863104 | | 02/22/2021 | $43.45 | 864730 |
| | 03/15/2021 | $43.44 | 866620 | | 04/19/2021 | $43.45 | 868249 |
| | 05/17/2021 | $43.44 | 870170 | | 06/21/2021 | $43.45 | 871952 |
| | 07/19/2021 | $44.15 | 873768 | | 08/16/2021 | $44.15 | 875452 |
| | 09/20/2021 | $44.15 | 877173 | | 10/18/2021 | $44.15 | 878956 |
| | 11/17/2021 | $44.62 | 880658 | | 12/13/2021 | $44.62 | 882293 |
| | 01/10/2022 | $44.62 | 883955 | | 02/14/2022 | $44.62 | 885633 |
| | 03/14/2022 | $44.62 | 887350 | | 04/18/2022 | $44.62 | 889022 |
| | 05/16/2022 | $45.32 | 890753 | | 06/20/2022 | $45.32 | 892415 |
| | 07/18/2022 | $45.32 | 894158 | | 08/15/2022 | $45.32 | 895725 |
| | 09/19/2022 | $45.32 | 897309 | | 10/17/2022 | $45.32 | 898980 |
| | 11/09/2022 | ($45.32) | 0 | | 11/14/2022 | $49.56 | 900546 |
| | 12/12/2022 | $47.24 | 902118 | | 01/09/2023 | $47.24 | 903607 |
| | 02/13/2023 | $50.14 | 905109 | | 03/13/2023 | $47.96 | 906729 |
| | 04/17/2023 | $47.96 | 908294 | | 05/15/2023 | $47.96 | 909933 |
| | 06/12/2023 | $47.45 | 911390 | | 07/17/2023 | $47.45 | 912908 |
| | 08/14/2023 | $47.45 | 914423 | | 09/18/2023 | $47.44 | 915919 |
| | 10/16/2023 | $47.45 | 917420 | | 11/13/2023 | $46.68 | 918848 |
| | 12/11/2023 | $46.69 | 920270 | | 01/08/2024 | $45.54 | 921662 |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 02/12/2024 | $85.35 | 924108 | | 06/11/2024 | ($85.35) | 0 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: October 08, 2024.

Receipts: $58,500.00    -    Paid to Claims: $49,692.98    -    Admin Costs Paid: $7,880.77    =    Funds on Hand: $926.25

Base Plan Amount: $58,500.00    -    Receipts: $58,500.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.