Form ntcfncurv − testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−28635−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sarella F. Dutan
   24 Emerald St
   Hackensack, NJ 07601

Social Security No.:
   xxx−xx−6022

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: Sarella F. Dutan
         Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 30, 2024
JAN: dlr

                                                                 Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-28635-VFP
Sarella F. Dutan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Oct 30, 2024    Form ID: ntcfncur    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarella F. Dutan, 24 Emerald St, Hackensack, NJ 07601-6101 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

**Name**      **Email Address**

Aleisha Candace Jennings
     on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-1 ajennings@hillwallack.com

Denise E. Carlon
     on behalf of Creditor CSMC 2019-JR1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
     on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-1 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Janelly Landa
     on behalf of Creditor TD Auto Finance LLC jlanda@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 30, 2024 | Form ID: ntcfncur | Total Noticed: 2

Marie-Ann Greenberg
   magecf@magtrustee.com

Marie-Ann Greenberg
   on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Nicholas Fitzgerald
   on behalf of Debtor Sarella F. Dutan fitz2law@gmail.com nadiafinancial@gmail.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8